IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT 27 PM 4: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 03-20485-Ma

MARTIN COX,

    Defendant.

---

### ORDER GRANTING MOTION TO SEVER COUNTS

Before the court is the government's October 24, 2005, unopposed motion to sever counts 2, 3 and 7 of the superseding indictment against defendant Martin Cox, and to try those counts on November 1, 2005. For good cause shown, the motion to sever counts is granted and Counts 2, 3 and 7 are severed from the remaining counts in the superseding indictment. The case is set for trial as to counts 2, 3 and 7 on the criminal rotation calendar beginning on November 7, 2005.

It is so ORDERED this 26th day of October, 2005.

                                    SAMUEL H. MAYS, JR.
                                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___10-28-05___





# Notice of Distribution

This notice confirms a copy of the document docketed as number 350 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

---

PDA
Federal Defender's Office
100 N. Main Bldg., Suite 410
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Honorable Samuel Mays
US DISTRICT COURT