IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ cq ___ D.C.

05 NOV 18 AM 11:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 03-20485-Ma

MARTIN COX,

      Defendant.

### ORDER DENYING MOTION AS MOOT

Before the court is defendant Martin Cox's October 21, 2005, motion *in limine* to exclude in-court identification. The court finds that this motion is moot given the severance of the Kroger and Trust One counts in the indictment. The motion is therefore DENIED as moot.

It is so ORDERED this 17th day of November, 2005.

                                               SAMUEL H. MAYS, JR.
                                               UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 361 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT