IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 03-20485 Ma |
| MARTIN COX, | ) |
| Defendant. | ) |

## ORDER DENYING DEFENDANT'S MOTION TO EXCLUDE ANY OPINION OR EXPERT TESTIMONY

Before the court is Defendant Martin Cox's ("Cox") Motion to Exclude Any Opinion or Expert Testimony, filed on October 20, 2005. The government filed a response on October 26, 2005. For the following reasons, Cox's motion is DENIED as moot.

Cox asserts in its motion that the testimony of a fingerprint examiner with the Memphis Police Department ("MPD") and a firearms expert with the Bureau of Alcohol, Tobacco, and Firearms ("ATF") should be excluded because the United States has not complied with the requirements of Fed. R. Crim. P. 16(a)(1)(F) and 16(a)(1)(G). In its response, the government asserts that it does not intend to call the ATF expert. Furthermore, the government assures the court that, as of October 24, 2005, it had complied with all discovery requirements related

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-15-05_

371

to the MPD fingerprint examiner.

Therefore, Defendant's motion is DENIED as moot.

So ordered this 13th day of December 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 371 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
99 South 2nd Street
Suite 283
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT